# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

130275

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHIGAN DEPARTMENT OF
TRANSPORTATION,
            Plaintiff-Appellee,

v

THE LUBIENSKI REVOCABLE
LIVING TRUST, and WALTER
LUBIENSKI,
            Defendants-Appellants.

SC: 130275
COA: 263922
Wayne CC: 04-438760-CC

_____/

On order of the Court, the application for leave to appeal the December 14, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

Clerk

l0522